IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY LAMAR BERRY, AIS 263622, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 1:23-cv-282-ECM |
| | ) | |
| RANDALL BECKMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

On September 11, 2023, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.      The Recommendation of the Magistrate Judge (doc. 9) is ADOPTED;

2.      This case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or otherwise comply with the orders of the Court;

3.      All pending motions are DENIED as moot.

A separate Final Judgment will be entered.

DONE this 18th day of October, 2023.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE